UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :   Hon. Susan D. Wigenton

v.                             :   Crim. No. 12-177-2 (SDW)

EDWIN MONTOYA-LONGA            :

ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Shirley U. Emehelu, Assistant U.S. Attorney, appearing), and defendant EDWIN MONTOYA-LONGA (Richard J. Verde, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time

to negotiate a plea agreement, which would render trial of this matter unnecessary;

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 7th day of November, 2012,

ORDERED that this action be, and hereby is, continued until January 4, 2013; and it is further

ORDERED that the period from the date of this order through January 4, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. SUSAN D. WIGENTON
United States District Judge

Form and entry
consented to:

*[signature]*

SHIRLEY U. EMEHELU
Assistant U.S. Attorney

*[signature]* 11/4/12

Richard J. Verde, Esq.
Counsel for defendant EDWIN MONTOYA-LONGA